# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | CASE NO. 1:11-cv-00736-BAM PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S RESPONSE TO ANSWER TO COMPLAINT AND DISCOVERY REQUESTS |
| v. | |
| ANGELA BADAGON, | (ECF No. 16) |
| Defendant. | |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed May 9, 2011, against Defendant Badagon for excessive force in violation of the Fourteenth Amendment. Defendant Badagon filed an answer to the complaint on July 24, 2012. On August 10, 2012, Plaintiff filed a response to the answer to the complaint and discovery requests. (ECF No. 16.)

The Federal Rules of Civil Procedure provide, in relevant part, that there shall be a complaint, an answer, and a reply to an answer if the court orders one. Fed. R. Civ. P. 7(a). The Court has not ordered a reply to the answer and declines to make such an order. Therefore Plaintiff's response to the answer shall be stricken from the record.

Additionally, the court cannot serve as a repository for the parties' evidence and Plaintiff is advised that discovery requests are not to be filed with the Court.

///

///

1  Accordingly, it is HEREBY ORDERED that Plaintiff's response to Defendant's answer, filed
2  August 10, 2012, is STRICKEN from the record.

4  IT IS SO ORDERED.

5  Dated:   **August 14, 2012**          **/s/ Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE