UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA BADAGON,<br><br>　　　　　Defendant. | Case No.: 1:11-cv-00736-LJO-BAM<br><br>ORDER DENYING MOTION FOR JURY TRIAL<br><br>(ECF No. 20) |

　　　　Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's complaint, filed May 9, 2011, against Defendant Badagon for excessive force in violation of the Fourteenth Amendment.  Defendant Badagon filed an answer to the complaint on July 24, 2012.  On August 4, 2012, the Court issued a Discovery Order and Scheduling Order, which set the deadline to complete discovery as April 1, 2013, and the deadline to file dispositive motions as June 10, 2013.  (ECF No. 13.)

　　　　On May 2, 2013, Plaintiff filed the instant motion for jury trial.   In his motion, Plaintiff indicates that as far as he is aware discovery in this matter is complete.  Plaintiff therefore requests that the Court set a jury trial in this matter within sixty (60) days.  (ECF No. 20.)

　　　　As noted above, the deadline to file dispositive motions has not passed.  The Court will not set a trial date until after resolution of dispositive motions, if any, that are filed.  Thereafter, the Court will

1

1 set a trial date only if the dispositive motions do not resolve this matter in its entirety. Accordingly,
2 Plaintiff's motion for jury trial is DENIED as premature.

IT IS SO ORDERED.

    Dated: **May 7, 2013**                /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE