1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  ARCHIE CRANFORD,                    )   Case No.: 1:11-cv-00736 -LJO-BAM
                                        )
12                    Plaintiff,        )   ORDER DENYING MOTION FOR FEDERAL
                                        )   INQUEST
13           v.                         )   (ECF No. 32)
                                        )
14  ANGELA BADAGON,                     )
                                        )
15                    Defendant.        )
                                        )
16  _____    )

17           Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma

18  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on

19  Plaintiff's complaint, filed May 9, 2011, against Defendant Badagon for excessive force in violation of

20  the Fourteenth Amendment.  Defendant Badagon filed an answer to the complaint on July 24, 2012.

21  On August 4, 2012, the Court issued a Discovery Order and Scheduling Order, which set the deadline

22  to complete discovery as April 1, 2013, and the deadline to file dispositive motions as June 10, 2013.

23  (ECF No. 13.)

24           On November 7, 2013, Plaintiff filed the instant motion requesting a complete federal inquest

25  because he did not receive an initial copy of the Second Scheduling Order.  Plaintiff complains that the

26  order arrived at Coalinga State Hospital, but was removed by unidentified Coalinga State Hospital

27  staff.  (ECF No. 32.)

28

                                          1

There is no basis for the Court to order a federal inquest into an allegation that Plaintiff did not receive a copy of the Second Scheduling Order.  On October 25, 2013, Plaintiff requested an additional copy of the Second Scheduling Order.  The Court granted the request and an additional copy of the Second Scheduling Order was sent to Plaintiff.  (ECF No. 30.)  Plaintiff has indicated his receipt of the additional copy.  (ECF Nos. 32.)  Accordingly, Plaintiff's request for a federal inquest is DENIED.

IT IS SO ORDERED.

Dated:   **November 13, 2013**           /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE