1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   ARCHIE CRANFORD,                          )   Case No.: 1:11-cv-00736 -LJO-BAM
                                               )
12                  Plaintiff,                 )   ORDER DENYING MOTION FOR FEDERAL
                                               )   INQUEST
13           v.                                )   (ECF No. 32)
                                               )
14   ANGELA BADAGON,                           )
                                               )
15                  Defendant.                 )
                                               )
16   _____ )

17          Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on

19   Plaintiff's complaint, filed May 9, 2011, against Defendant Badagon for excessive force in violation of

20   the Fourteenth Amendment.  Defendant Badagon filed an answer to the complaint on July 24, 2012.

21   On August 4, 2012, the Court issued a Discovery Order and Scheduling Order, which set the deadline

22   to complete discovery as April 1, 2013, and the deadline to file dispositive motions as June 10, 2013.

23   (ECF No. 13.)

24          On November 7, 2013, Plaintiff filed the instant motion requesting a complete federal inquest

25   because he did not receive an initial copy of the Second Scheduling Order.  Plaintiff complains that the

26   order arrived at Coalinga State Hospital, but was removed by unidentified Coalinga State Hospital

27   staff.  (ECF No. 32.)

28

1

1    There is no basis for the Court to order a federal inquest into an allegation that Plaintiff did not

2  receive a copy of the Second Scheduling Order.  On October 25, 2013, Plaintiff requested an

3  additional copy of the Second Scheduling Order.  The Court granted the request and an additional

4  copy of the Second Scheduling Order was sent to Plaintiff.  (ECF No. 30.)  Plaintiff has indicated his

5  receipt of the additional copy.  (ECF Nos. 32.)  Accordingly, Plaintiff's request for a federal inquest is

6  DENIED.

7  IT IS SO ORDERED.

8    Dated:   **November 13, 2013**    ___/s/ *Barbara A. McAuliffe*___

9                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28