1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ARCHIE CRANFORD,                )   Case No.: 1:11-cv-00736-LJO-BAM
                                )
              Plaintiff,        )   ORDER REQUIRING PARTIES TO NOTIFY
                                )   COURT WHETHER A SETTLEMENT
       v.                       )   CONFERENCE WOULD BE BENEFICIAL
                                )
ANGELA BADAGON,                 )   TWENTY-DAY DEADLINE
                                )
              Defendant.        )
                                )
_____)

        Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma
pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's
complaint, filed May 9, 2011, against Defendant Badagon for excessive force in violation of the
Fourteenth Amendment.  This matter is set for jury trial on February 19, 2014.

        The Court is able to refer cases for mediation before a United States Magistrate Judge.  A
settlement conference will only be set if the parties are willing to make a meaningful attempt to
resolve this action and are willing to compromise.  Settlement conferences may be held by video
conference or in person at the court.  Plaintiff and Defendant shall notify the Court whether they

1    believe, in good faith, that settlement in this case is a possibility and whether they are interested in

2    having a settlement conference scheduled by the Court.[1]

3         If the parties wish to have a settlement conference scheduled, Defendant's counsel shall notify

4    the Court whether there are security concerns that would prohibit scheduling a settlement conference.

5    If security concerns exist, counsel shall notify the Court whether those concerns can be adequately

6    addressed if Plaintiff is transferred for settlement only and then returned to Coalinga State Hospital for

7    housing.

8         Accordingly, within **twenty (20) days** from the date of service of this order, Plaintiff and

9    Defendant shall file a written response to this order.  If a settlement conference is set by the Court,

10   then the Court will issue a separate order indicating each of the parties' responsibilities regarding the

11   settlement conference.

12

13   IT IS SO ORDERED.

14       Dated:   __**November 13, 2013**__        __/s/ *Barbara A. McAuliffe*__

15                                                UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27   [1]     A similar directive has been issued in related case, <u>Cranford v. Perryman, et al.,</u> 1:13-cv-00906 LJO BAM.

28