UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>ANGELA BADAGON, et al.<br><br>   Defendants.<br><br>CONSOLIDATED ACTION | Case No.: 1:11-cv-00736 -LJO-BAM<br><br>ORDER VACATING SECOND SCHEDULING ORDER INCLUDING TELEPHONIC TRIAL CONFIRMATION HEARING AND TRIAL<br><br>AMENDED DISCOVERY AND SCHEDULING ORDER |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 17, 2013, the court consolidated Cranford v. Badagon, 1:11-cv-00736 LJO BAM, with Cranford v. Perryman, et al., 1:13-cv-00906 LJO BAM. This action now proceeds against Defendant Badagon for excessive force in violation of the Fourteenth Amendment and against Defendants Perryman and Havder for failure to protect in violation of the Fourteenth Amendment.

Given consolidation of actions, the Court finds it necessary to vacate the Second Scheduling Order issued on August 28, 2013, and to issue an Amended Discovery and Scheduling Order for the purpose of discovery solely on the claim against Defendants Perryman and Havder. Plaintiff also shall

1

be permitted to re-file any motions that were pending in 1:13-cv-00906 LJO BAM in this lead action within thirty (30) days.

Accordingly, IT IS HEREBY ORDERED as follows:

1. All dates in Second Scheduling Order issued on August 28, 2013, including the telephonic trial confirmation hearing and the trial, are VACATED;
2. Plaintiff may re-file any motions that were in pending in 1:13-cv-00906 LJO BAM in this lead action within thirty (30) days after service of this order.
3. The deadline to file an unenumerated Rule 12(b) motion regarding the claim against Defendants Perryman and Havder is December 22, 2013;
4. The deadline to complete all discovery regarding the claim against Defendants Perryman and Havder is March 22, 2014;
5. The dispositive motion deadline for all claims in this action is April 24, 2014; and
6. All future motions must be filed in this lead action designated as Case No. 1:11-cv-00736 LJO BAM.

IT IS SO ORDERED.

Dated:   **December 17, 2013**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE