UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>      Plaintiff,<br><br>    v.<br><br>ANGELA BADAGON, et al.<br><br>      Defendants.<br><br>CONSOLIDATED ACTION | Case No.: 1:11-cv-00736 -LJO-BAM<br><br>ORDER DENYING MOTION FOR SECOND TRIAL BY JURY AND CONFERENCE DATE AS PREMATURE<br><br>(ECF No. 42) |

      Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 17, 2013, the court consolidated <u>Cranford v. Badagon</u>, 1:11-cv-00736 LJO BAM, with <u>Cranford v. Perryman, et al.</u>, 1:13-cv-00906 LJO BAM. This action now proceeds against Defendant Badagon for excessive force in violation of the Fourteenth Amendment and against Defendants Perryman and Havder for failure to protect in violation of the Fourteenth Amendment.

      Due to the consolidation, on December 18, 2013, the Court vacated the Second Scheduling Order, including the trial date, and issued an Amended Discovery and Scheduling Order. Pursuant to that order, the deadline to file an unenumerated Rule 12(b) motion regarding the claim against Defendants Perryman and Havder was December 22, 2013, the deadline to complete discovery

1

regarding the claim against Defendants Perryman and Havder is March 22, 2014, and the dispositive motion deadline for all claims in this action is April 24, 2014.  (ECF No. 41.)

       On February 10, 2014, Plaintiff filed the instant motion requesting that the Court set a second trial date, along with a conference date to determine Plaintiff's readiness for trial.  (ECF No. 42.)  Plaintiff's request is premature.  As noted above, discovery is ongoing regarding the claim against Defendants Perryman and Havder and the dispositive motion deadline has not yet passed.  The Court will not set a trial date until after completion of all discovery and resolution of any dispositive motions.  Accordingly, Plaintiff's motion for a second trial date is DENIED.

IT IS SO ORDERED.

   Dated:   **February 12, 2014**          /s/ *Barbara A. McAuliffe*          
                                                  UNITED STATES MAGISTRATE JUDGE