UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>       Plaintiff,<br><br>   v.<br><br>ANGELA BADAGON, et al.,<br><br>       Defendants.<br><br>CONSOLIDATED ACTION | Case No.: 1:11-cv-00736 -LJO-BAM<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 6, 2014, Plaintiff filed a motion to compel discovery. (ECF No. 45.) Defendants did not respond. The Court finds that a response will assist in resolving the pending motion. Accordingly, Defendants are directed to respond to Plaintiff's motion to compel within twenty-one (21) days of the date of this order.

IT IS SO ORDERED.

Dated:   **April 3, 2014**         /s/ *Barbara A. McAuliffe*   
                                                       UNITED STATES MAGISTRATE JUDGE

1