UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>     Plaintiff,<br><br>     v.<br><br>ANGELA BADAGON, et al.,<br><br>     Defendants.<br><br>CONSOLIDATED ACTION | Case No.: 1:11-cv-00736 -LJO-BAM<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR RESTRAINING ORDER<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2014, Plaintiff filed a motion for restraining order. (ECF No. 45.) Defendants did not respond. The Court finds that a response will assist in clarifying the relief requested and in resolving the pending motion. Accordingly, Defendants are directed to respond to Plaintiff's motion for temporary restraining order within fourteen (14) days of the date of this order.

IT IS SO ORDERED.

Dated: **April 17, 2014**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1