UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA BADAGON, et al.,<br><br>　　　　Defendants.<br>_____<br><br>CONSOLIDATED ACTION<br>_____ | Case No.: 1:11-cv-00736 -LJO-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR JURY TRIAL AS PREMATURE<br><br>(ECF No. 60) |

　　　　Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 17, 2013, the court consolidated <u>Cranford v. Badagon</u>, 1:11-cv-00736 LJO BAM, with <u>Cranford v. Perryman</u>, et al., 1:13-cv-00906 LJO BAM. This action now proceeds against Defendant Balcagon for excessive force in violation of the Fourteenth Amendment and against Defendants Perryman and Harder for failure to protect in violation of the Fourteenth Amendment.[1]

　　　　Due to the consolidation, on December 18, 2013, the Court vacated the Second Scheduling Order, including the trial date, and issued an Amended Discovery and Scheduling Order. Pursuant to

---

[1] Defendant Balcagon was sued erroneously as "Angela Badagon." Defendant Harder was sued erroneously as "Charlotte Havder."

1

that order, the deadline to complete discovery regarding the claim against Defendants Perryman and Harder was March 22, 2014, and the deadline to file dispositive motions was April 24, 2014.

On April 23, 2014, Defendants Perryman and Harder filed a motion for summary judgment. (ECF No. 59.) Thereafter, on April 28, 2014, Plaintiff filed the instant motion requesting that the court set this matter for a jury trial.[2] (ECF No. 60.)

Plaintiff's motion is premature. The Court will not set a jury trial in this matter until after resolution of the pending motion for summary judgment. At that time, any remaining claims and defendants in this action will be finalized and the matter may be set for trial. Accordingly, Plaintiff's motion to set a jury trial is DENIED.

IT IS SO ORDERED.

Dated:   **April 29, 2014**             /s/ Barbara A. McAuliffe          
                              UNITED STATES MAGISTRATE JUDGE

---

[2] As Plaintiff's motion is premature and Defendants will not be prejudiced, the Court finds a response to Plaintiff's motion unnecessary. Local Rule 230(l).