# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>ANGELA BADAGON, et al.,<br><br>    Defendants. | 1:11-cv-00736-LJO-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(ECF Nos. 48, 70, 72) |

Plaintiff Archie Cranfor ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 12, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for a temporary restraining order be denied. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (ECF No. 70.) Plaintiff filed objections on June 20, 2014. (ECF No. 72.)

The Court has considered Plaintiff's objections, but does not find any basis to reject the Magistrate Judge's determination that Plaintiff failed to demonstrate a likelihood of success on the merits, likelihood of irreparable harm, a balance of equities in his favor, or that an injunction is in the public interest. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on June 12, 2014, are adopted in full; and

2. Plaintiff's motion for a temporary restraining order is DENIED.

**IT IS SO ORDERED**.

Dated:  June 24, 2014

                                       /s/ Lawrence J. O'Neill  
                                       United States District Judge