UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>          Plaintiff,<br><br>     v.<br><br>ANGELA BADAGON,<br><br>          Defendant.<br><br>CONSOLIDATED ACTION | Case No.: 1:11-cv-00736-LJO-BAM<br><br>ORDER STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT<br>(ECF No. 71) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Balcagon for excessive force in violation of the Fourteenth Amendment and against Defendants Perryman and Harder for failure to protect in violation of the Fourteenth Amendment.[1] Defendant Balcagon filed an answer on July 24, 2012. Defendants Perryman and Harder answered the complaint on October 16, 2013, before this action was consolidated. Defendants Perryman and Harder also filed a motion for summary judgment on April 23, 2014. (ECF No. 59.)

---

[1] Defendant Balcagon was sued erroneously as "Angela Badagon." Defendant Harder was sued erroneously as "Charlotte Havder."

1

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party.  Fed. R. Civ. P. 15(a).  As noted above, Defendants have filed answers in this action.  Plaintiff has not requested leave to amend, and the Court has not granted such leave.  Therefore, it is HEREBY ORDERED that the first amended complaint, lodged June 11, 2014, is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **June 24, 2014**                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE