# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANGELA BADAGON, et al.,<br><br>　　　　Defendants.<br><br>CONSOLIDATED ACTION | 1:11-cv-00736-LJO-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANT PERRYMAN'S AND DEFENDANT HARDER'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 59, 75) |

　　　　Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 17, 2013, the court consolidated <u>Cranford v. Badagon</u>, 1:11-cv-00736 LJO BAM, with <u>Cranford v. Perryman</u>, <u>et al.</u>, 1:13-cv-00906 LJO BAM. This action now proceeds against Defendant Balcagon for excessive force in violation of the Fourteenth Amendment and against Defendants Perryman and Harder for failure to protect in violation of the Fourteenth Amendment.[1]

　　　　On November 26, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion to strike Defendant Perryman's and Defendant Harder's motion for summary judgment be denied, Defendants' motion for summary judgment be granted and judgment be entered in favor of Defendants Perryman and Harder.  The Findings and Recommendations were

---

[1] Defendant Balcagon was sued erroneously as "Angela Badagon." Defendant Harder was sued erroneously as "Charlotte Havder."

served on Plaintiff and contained notice that any objections were to be filed within twenty-one days after service. (ECF No. 75.) Plaintiff filed objections on December 11, 2014. (ECF No. 76.)

Plaintiff's objections are unclear. He appears to be reasserting certain of his factual allegations, while simultaneously complaining about a lack of discovery and continued attacks. Plaintiff's generalized assertions provide no basis to reject the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on November 26, 2014, are adopted in full;

2. Plaintiff's motion to strike Defendants' motion for summary judgment is DENIED;

3. Defendants' motion for summary judgment, filed on April 23, 2014, is GRANTED;

4. Judgment shall be entered in favor <u>only</u> of Defendants Perryman and Harder; and

5. This action shall proceed on Plaintiff's claim against Defendant Balcagon for excessive force in violation of the Fourteenth Amendment.

IT IS SO ORDERED.

Dated:   **December 31, 2014**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE