# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANGELA BADAGON, et al.,<br><br>　　　　　Defendants.<br><br>CONSOLIDATED ACTION | 1:11-cv-00736-LJO-BAM<br><br>ORDER REQUIRING TO PLAINTIFF TO SUBMIT PRE-TRIAL STATEMENT IN ACCORDANCE WITH LOCAL RULE 281 (ECF No. 85)<br><br>ORDER DIRECTING THE CLERK TO SEND PLAINTIFF A COPY OF LOCAL RULE 281 |

　　　Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 5, 2015, the Court granted Defendants' motion for summary judgment and directed entry of judgment in favor of Defendants Perryman and Harder.  This action now proceeds on Plaintiff's claim against Defendant Balcagon for excessive force in violation of the Fourteenth Amendment.  (ECF No. 77.)

　　　On January 14, 2015, the Court issued a Second Scheduling Order, which set the deadlines for filing pretrial statements and provided Plaintiff with a copy of Local Rule 281.  The order also scheduled a jury trial for September 1, 2015.

On January 29, 2015, Plaintiff filed his pretrial statement. (ECF No. 85.) Despite the Court's instructions, Plaintiff's pretrial statement does not contain the information required under Local Rule 281. The Court will direct the Clerk's Office to provide Plaintiff with an additional copy of Local Rule 281. Plaintiff shall file a pretrial statement that complies with Local Rule 281(b) within fourteen days.

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order, Plaintiff shall file a pretrial statement that complies with Local Rule 281(b) and shall serve the pretrial statement on defendant;

2. The Clerk's Office shall send Plaintiff a copy of Local Rule 281; and

3. Plaintiff is advised that failure to file the pretrial statement as required by this order may result in the imposition of appropriate sanctions, which may include dismissal of the action in its entirety.

IT IS SO ORDERED.

Dated:   **July 16, 2015**             /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE