# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>ANGELA BADAGON, et al.,<br><br>        Defendants.<br><br>CONSOLIDATED ACTION | 1:11-cv-00736-LJO-BAM<br><br>ORDER DENYING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT<br>(ECF No. 95)<br><br>**SEVEN-DAY DEADLINE** |

      Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 5, 2015, the Court granted Defendants' motion for summary judgment and directed entry of judgment in favor of Defendants Perryman and Harder.  This action now proceeds on Plaintiff's claim against Defendant Balcagon (erroneously sued as Badagon) for excessive force in violation of the Fourteenth Amendment.  (ECF No. 77.)

      On January 14, 2015, the Court issued a Second Scheduling Order.  Pursuant to that order, Plaintiff's pretrial statement was due on or before July 9, 2015, and Defendant's pretrial statement was due on before July 23, 2015.  (ECF No. 79.)

      Plaintiff filed a pretrial statement that did not conform to the requirements of Local Rule 281.  Therefore, on July 16, 2015, the Court ordered Plaintiff to file a pretrial statement that

complies with Local Rule 281(b) within fourteen days.  (ECF No. 94.)  Plaintiff's pretrial statement is due on or before August 3, 2015.

On July 23, 2015, Defendant filed the instant request to file her pretrial statement 14 days after Plaintiff submits his statement.  (ECF No. 95.)

The Court finds no basis to grant the requested extension of time.  First, Defendant does not require Plaintiff's pretrial statement in order to file her own statement.  Second, a telephonic trial confirmation hearing is set for August 6, 2015.  Defendant's request would allow the filing of pretrial statement *after* the trial confirmation hearing.  The Court will not continue the telephonic trial confirmation to await Defendant's pretrial statement.  Third, and finally, Defendant has not presented good cause for the requested extension of time.

Accordingly, Defendant's request for an extension of time to file her pretrial statement is HEREBY DENIED.  Defendant shall file her pretrial statement within **seven (7) days** of the date of this order.  Failure to comply with this Order will result in the dismissal of this case.

IT IS SO ORDERED.

Dated:   **July 24, 2015**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE