# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>           Plaintiff,<br><br>     v.<br><br>ANGELA BADAGON, et al.,<br><br>           Defendants.<br><br>CONSOLIDATED ACTION | 1:11-cv-00736-LJO-BAM<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>ORDER VACATING SEPTEMBER 1, 2015 TRIAL DATE<br><br>Telephonic Trial Confirmation Hearing: **October 21, 2015, at 8:00 a.m., in Courtroom 4 (LJO)** |

Due to scheduling conflicts, including Plaintiff's pending matter in Los Angeles County, the jury trial currently scheduled for September 1, 2015, at 8:30 a.m. in Courtroom 4(LJO) before the undersigned is HEREBY VACATED.

The Telephonic Trial Confirmation Hearing also scheduled in this matter is HEREBY CONTINUED from Thursday, August 6, 2015, to in Courtroom 4(LJO) to **October 21, 2015, at 8:00 a.m.** in Courtroom 4(LJO).  Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at (559) 499-5680.

IT IS SO ORDERED.

     Dated:   **August 5, 2015**             /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28