# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANGELA BADAGON, et al.,<br><br>　　　　Defendants.<br><br>CONSOLIDATED ACTION | 1:11-cv-00736-LJO-BAM<br><br>ORDER REGARDING MOTION FOR STATUS OF CASE<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE AUGUST 5, 2015 ORDER ON PLAINTIFF<br><br>(ECF No. 101) |

　　　　Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 5, 2015, due to scheduling conflicts, the District Judge issued an order vacating and re-scheduling certain dates in this matter. (ECF No. 100.) Specifically, the September 1, 2015 jury trial date was vacated, and the telephonic trial confirmation hearing was continued to **October 21, 2015, at 8:00 a.m.** in Courtroom 4(LJO). The August 5, 2015 order concerning these matters was mailed to Plaintiff's address of record at Coalinga State Hospital, but that order was returned as undeliverable on August 10, 2015. Plaintiff was given time to file a notice of change of address.

　　　　On September 25, 2015, Plaintiff filed the instant motion for status of case. (ECF No. 101). In his motion, he explains that he has been in Los Angeles for a court appearance in the Los Angeles Superior Court, but has since returned to the Coalinga State Hospital. He confirms

that he has not received any information from the Court while he was away. Based on these representations, the Court finds Plaintiff's address is currently the address of record at Coalinga State Hospital, and the August 5, 2015 order should be re-served on him at his current address.

    For these reasons, it is HEREBY ORDERED that Plaintiff's motion for the status of the case is GRANTED. The Clerk of the Court is DIRECTED to re-serve the Court's August 5, 2015 Order Continuing Telephonic Trial Confirmation Hearing and Vacating September 1, 2015 Trial Date (ECF No. 100) on Plaintiff at his current address of record.

IT IS SO ORDERED.

   Dated:   **October 5, 2015**          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE