# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA BADAGON, et al.,<br><br>Defendants.<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br><br>CONSOLIDATED ACTION<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | 1:11-cv-00736-LJO-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR JURY TRIAL DATE AND FOR DISCOVERY RULING<br><br>(ECF No. 103) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Balcagon (erroneously sued as Badagon) for excessive force in violation of the Fourteenth Amendment to the United States Constitution. This matter is currently set for a telephonic trial confirmation hearing on **October 21, 2015, at 8:00 a.m.** in Courtroom 4(LJO).

On October 15, 2015, Plaintiff filed the instant motion, requesting that the Court set a trial date, and rule on his allegedly pending second motion to compel concerning his discovery request for paper copies of photos. (ECF No. 103.) The trial date will be discussed at the upcoming telephonic trial confirmation hearing, and thus Plaintiff's motion to set a date is premature. Regarding Plaintiff's request for a ruling, contrary to his contentions, there is no motion to compel pending before this Court at this time, and nothing for the Court to rule on.

1    For these reasons, it is HEREBY ORDERED that Plaintiff's motion to set a trial date and

2  for a discovery ruling is DENIED.

3

4  IT IS SO ORDERED.

5    Dated:  __October 20, 2015__        ____/s/ *Barbara A. McAuliffe*____

6                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28