UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:11-cv-00736-LJO-BAM (PC) |
| Plaintiff, | **ORDER TO RECAPTION CASE** |
| v. | |
| ANGELA BADAGON, et al., | |
| Defendants. | |

CONSOLIDATED ACTION

    This action proceeds only against Defendant Angela Baclagon. Therefore, the caption should reflect that this action no longer proceeds against Defendants Samantha Perryman or Charlotte Harder and that there are no longer multiple defendants. Accordingly, the Caption for this case shall be as follows:

///

///

///

///

1

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:11-cv-00736-LJO-BAM (PC) |
| Plaintiff, | |
| v. | |
| ANGELA BACLAGON, | |
| Defendant. | |

                                         /

IT IS SO ORDERED.

Dated: **October 22, 2015**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE