# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>ANGELA BACLAGON,<br><br>    Defendant. | 1:11-cv-00736-LJO-BAM<br><br>ORDER DIRECTING DEFENDANT TO SUBMIT WRITTEN CONSENT TO JURIDICTION OF A UNITED STATES MAGISTRATE JUDGE WITHIN FIVE (5) DAYS OF SERVICE |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's claim against Defendant Baclagon for excessive force in violation of the Fourteenth Amendment to the United States Constitution. This matter is set for a jury trial on February 8, 2016, at 8:30 a.m. in Courtroom 4(LJO).

On October 22, 2015, the Court held a telephonic trial confirmation hearing, at which time both parties orally consented to the jurisdiction of the United States Magistrate Judge for all further proceedings in this matter. (ECF No. 108, p. 9.) Plaintiff has also submitted his written consent to the Magistrate Judge's jurisdiction. (ECF No. 6.) Defendant has not yet submitted her written consent. Therefore, the Court directs Defendant to file and serve her written consent to the Magistrate Judge's jurisdiction within five (5) days of service of this order, using the Consent to Proceed Before United States Magistrate Judge form available at:

http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.

1  Accordingly, it is HEREBY ORDERED that Defendant shall file her written Consent to
2  Proceed Before United States Magistrate Judge form within five (5) days of service of this order.

4  IT IS SO ORDERED.

   Dated:   **October 26, 2015**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE