# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA BACLAGON,<br><br>　　　　Defendant. | 1:11-cv-00736-BAM (PC)<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR DISCOVERY AND MOTION TO COMPEL DISCOVERY**<br><br>(ECF Nos. 116, 118) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds against Defendant Baclagon for excessive force in violation of the Fourteenth Amendment.

On November 23, 2015, Plaintiff filed a motion for discovery, (ECF No. 116), and on December 8, 2015, Plaintiff filed a related motion for discovery/motion to compel discovery, (ECF No. 118). More than twenty-one (21) days have passed since the November 23, 2015 motion was filed, and Defendant has not responded to it. Thus, the motion is deemed submitted. Local Rule 230(l). Since both motions involve the same matter, the Court does not find it necessary to wait for a response to the December 8, 2015 motion before ruling on it as well.

In both motions, Plaintiff states that he has made multiple attempts to obtain photographs of his upper and lower body which show cuts, bruises, swelling and other injuries from the alleged assault at issue in this action. (ECF No. 116, p. 1; ECF No. 118, p.1.) Plaintiff further explains that the photographs are in the possession of Coalinga State Hospital (and/or the

1 hospital police), and he requested them, but the hospital will not allow him to possess the photographs for security reasons because they are Polaroid photos. Nevertheless, the photographs can be copied onto paper which would alleviate the security concerns. Thus, he seeks paper copies of the photographs in time for the trial in this matter.

Plaintiff previously sought to compel the production of these photographs, and was ordered to request paper copies from Coalinga State Hospital, with the caveat that if he was unable to obtain them he could renew his request. (ECF No. 58.) Plaintiff represents that he has complied but was still unable to obtain the copies. The Court is concerned that if Plaintiff is not provided copies of these photographs, which are relevant to his allegations, by the time of trial, the issue may be considered reversible error.

Defendant has previously represented to this Court that her counsel has access to Plaintiff's health records at Coalinga State Hospital due to a signed authorization release signed by Plaintiff. (ECF No. 51.) To avoid any delay in the trial in this matter and to prevent the possibility of any reversible error here, it is most expedient to require Defendant, through counsel, to obtain the paper copies of the photographs in Plaintiff's health record file at Coalinga State Hospital, to the extent any exist. Defendant shall produce a copy of those photographs to Plaintiff at the time of trial in this matter, currently scheduled for January 26, 2016.

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motions requesting a paper copy of the photographs in his Coalinga State Hospital medical file, (ECF Nos. 116, 118) are GRANTED; and

2. Defendants shall obtain a paper copy of the photographs in Plaintiff's medical file at the Coalinga State Hospital, and shall produce the copies to Plaintiff on the morning of trial in this matter, currently scheduled for January 26, 2016, at 8:30 a.m. in Courtroom 8 (BAM).

IT IS SO ORDERED.

Dated: **December 15, 2015**              /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE