# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>ANGELA BACLAGON,<br><br>  Defendant. | 1:11-cv-00736-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S OBJECTIONS TO AMENDED PRETRIAL ORDER<br><br>Motion in Limine Hearing (Telephonic): **January 21, 2016, at 10:00 a.m. in Courtroom 8 (BAM)**<br><br>**Jury Trial:  January 26, 2016, at 8:30 a.m.** in Courtroom 8 (BAM) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds against Defendant Baclagon for excessive force in violation of the Fourteenth Amendment.

On December 11, 2015, Plaintiff filed objections to the pretrial order, as amended. (ECF No. 119.) The objections state that he agrees with the motion in limine briefing schedule set in this matter, but that the January 21, 2016 hearing date interferes with his previously scheduled commitments. Plaintiff does not explain what those commitments are, but asks that this matter be resolved by the end of the year. Plaintiff also requests that he be transported to the courthouse if his motion is granted.

Plaintiff has not shown good cause to change the scheduled dates in this matter. Fed. R. Civ. P. 16(b).  Moreover, there is no need for Plaintiff to be transported to the courthouse for the

motion in limine hearing in this matter, because he will be granted an opportunity to be heard by telephone. Defense counsel will also appear by telephone at that hearing. For Plaintiff's information, he will be transported to the courthouse in person for the trial in this matter on January 26, 2016.

Finally, to clarify any confusion regarding whether this action can be resolved before the end of this calendar year, the Court emphasizes for Plaintiff that the following dates are scheduled in this matter for 2016:

Motion in Limine Hearing (Telephonic):

**January 21, 2016 at 10:00 a.m. in Courtroom 8**


Jury Trial:

**January 26, 2016 at 8:30 a.m. in Courtroom 8**

Plaintiff should be prepared to prosecute his action on those dates.

Accordingly, it is HEREBY ORDERED that Plaintiff's request to amend the pretrial order in his objections, (ECF No. 119), is DENIED.

IT IS SO ORDERED.

Dated:   **December 15, 2015**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE