# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>ANGELA BACLAGON,<br><br>        Defendant. | 1:11-cv-00736-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 129) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented magistrate judge jurisdiction in this matter. (ECF No. 112.) Currently before the Court is Plaintiff's December 24, 2015 motion for an entry of default against Defendant Baclagon, based on Defendant's failure to respond to Plaintiff's motion for discovery. (ECF No. 129.)

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, the plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, 525 (9th Cir. 1991) (internal punctuation and citations omitted).

///

Plaintiff is not entitled to a default judgment in this matter. When Defendant did not respond to Plaintiff's motion for discovery within the time permitted, the Court deemed the motion submitted pursuant to Local Rule 230(l), and decided its merits. Based on Plaintiff's unchallenged assertions and the Court's review of the record, the Court ordered certain relief for Plaintiff as sought in his motion. (ECF No. 120.) That was all the relief Plaintiff was entitled to; Defendant's failure to respond to a non-dispositive discovery motion does not amount to a failure to defend this action. Furthermore, although Defendant did not challenge Plaintiff's discovery motion, Defendant has otherwise defended this action, including by recently filing pretrial documents in accordance with this Court's pretrial order. (ECF Nos. 122-127.) Since Defendant has not failed to defend this action or otherwise defaulted here, entry of default against her is not appropriate.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a default judgment (ECF No. 129) is DENIED.

IT IS SO ORDERED.

Dated: **December 29, 2015**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE