

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELA BACLAGON,<br><br>    Defendant. | Case No.: 1:11-cv-00736-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **ARCHIE CRANFORD, PATIENT NO. CO 00537-1**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on January 26, 2016, and **Plaintiff Archie Cranford, civil detainee, Patient No. CO 00537-1**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 1/26/16

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE