U*NITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ARCHIE CRANFORD,

    Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

v.                                              1: 11-CV-00736-BAM (PC)

ANGELA BACLAGON,

    Defendant.

_____/

  X    JURY VERDICT:     This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of Defendant and against Plaintiff.  The Clerk of the Court is instructed to close this case.

DATED:     January 28, 2016              MARIANNE MATHERLY, Clerk

                                   By:   /s/ H.A. Herman

                                            Deputy Clerk